February 4, 1983.

456 A.2d 1083

Commonwealth v. Bradley, Appellant.
Petition for Allowance of Appeal
Denied May 16, 1983.

Submitted May 12, 1982. Stephen R. Lacheen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and CIRILLO and HOFFMAN, JJ.

The order of the lower court is affirmed.